1  DYKEMA GOSSETT LLP
   Dommond E. Lonnie (142662)
2  dlonnie@dykema.com
   Isabella C. Hsu (306178)
3  ihsu@dykema.com
   333 South Grand Avenue
4  Suite 2100
   Los Angeles, CA 90071
5  Telephone: (213) 457-1800
   Facsimile: (213) 457-1850
6
   Attorneys for Defendant,
7  GENERAL MOTORS LLC

8  GROTEFELD, HOFFMAN, SCHLEITER,
   GORDON, OCHOA & EVINGER, LLP
9  Janice M. Seller (123171)
   5535 Balboa Boulevard
10 Suite 219
   Encino, CA 91316
11 Telephone: (747) 233-7145
   Fascimile: (312) 601-2402
12
   Attorneys for Plaintiff,
13 STATE FARM GENERAL INSURANCE COMPANY

FILED
AUG 16 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:17-cv-01718-LJO-SKO<br><br>Assigned to Hon. Lawrence J. O'Neill<br>Courtroom: 4<br><br>**JOINT STIPULATION AND ~~~~ ORDER TO CONTINUE THE AUGUST 28, 2018 SETTLEMENT CONFERENCE**<br><br>Complaint Filed: 11-07-17<br>Settlement Conf.: 08-28-19<br>New Settlement<br>Conf. Date: 10-23-18<br>Final Pretrial Conf.: 08-28-19<br>Trial Date: 10-22-19 |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE 8/28/2018
SETTLEMENT CONFERENCE
1:17-CV-01718-LJO-SKO

Pursuant to the Pretrial Scheduling Order filed on March 20, 2018, the Settlement Conference is currently scheduled for August 28, 2018 at 1:00 p.m. before Magistrate Judge Erica P. Grosjean. Plaintiff State Farm General Insurance ("State Farm") and defendant General Motors LLC ("GM"), by and through their counsel, hereby stipulate and respectfully request that that the Settlement Conference currently set for August 28, 2018 at 1:00 p.m. be continued until October 23, 2018 at 1:00 p.m. due to ongoing settlement discussions between parties that might resolve the entire action without taking up the Court's time.

The parties further respectfully request that the confidential settlement conference statements be submitted by October 16, 2018. No other discovery dates will be impacted by these proposed changes.

WHEREFORE, based on the foregoing, and for good cause shown, plaintiff State Farm and defendant GM hereby stipulate that the Settlement Conference be continued from August 28, 2018 at 1:00 p.m. to October 23, 2018 at 1:00 p.m.

Dated: August 15, 2018     DYKEMA GOSSETT LLP

By: /s/ Dommond E. Lonnie
Dommond E. Lonnie
Isabella C. Hsu
Attorneys for Defendant,
GENERAL MOTORS LLC

Dated: August 15, 2018     GROTEFELD, HOFFMAN, SCHLEITER, GORDON, OCHOA & EVINGER, LLP

By: /s/ Janice M. Seller (as authorized on 8/15/2018)
Janice M. Seller
Attorneys for Plaintiff,
STATE FARM GENERAL INSURANCE COMPANY

## ORDER

Pursuant to the parties' request, the Court finds that there is good cause to continue the Settlement Conference from August 28, 2018, at 1:00 p.m. to November 1, 2018 at 1:00 p.m. Each party is directed to submit to the chambers of Magistrate Judge Erica P. Grosjean confidential settlement conference statements no later than October 25 , 2018.

Dated: August 16, 2018

By: *[signature]*
ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE 8/28/2018
SETTLEMENT CONFERENCE
1:17-CV-01718-LJO-SKO