1   DYKEMA GOSSETT LLP
    Dommond E. Lonnie (142662)
2   dlonnie@dykema.com
    Isabella C. Hsu (306178)
3   ihsu@dykema.com
    333 South Grand Avenue
4   Suite 2100
    Los Angeles, CA  90071
5   Telephone:  (213) 457-1800
    Facsimile:  (213) 457-1850
6
    Attorneys for Defendant,
7   GENERAL MOTORS LLC

8   GROTEFELD, HOFFMAN, SCHLEITER,
    GORDON, OCHOA & EVINGER, LLP
9   Janice M. Seller (123171)
    5535 Balboa Boulevard
10  Suite 219
    Encino, CA  91316
11  Telephone: (747) 233-7145
    Fascimile: (312) 601-2402
12
    Attorneys for Plaintiff,
13  STATE FARM GENERAL INSURANCE COMPANY

14                      **UNITED STATES DISTRICT COURT**

15                      **EASTERN DISTRICT OF CALIFORNIA**

16                      **FRESNO DIVISION**

17

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, | Case No. 1:17-cv-01718-LJO-SKO |
| Plaintiff, | Assigned to Hon. Lawrence J. O'Neill Courtroom: 4 |
| v. | **JOINT STIPULATION AND REQUEST TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS; AND ORDER** |
| GENERAL MOTORS LLC; DOES 1 through 10, inclusive, | |
| Defendants. | **(Doc. 13)** |

25      **IT IS HEREBY STIPULATED**, by and between Plaintiff State Farm General Insurance

26  Company and Defendant General Motors LLC, through their attorneys of record, as follows:

27      1.      The parties have settled this action and filed a Joint Notice of Settlement on October

28  26, 2018 [Doc. No. 11];

                                        1

1    2.    Pursuant to a Minute Order entered on October 29, 2018 [Doc No. 12], the Court

2    ordered that dispositional documents be filed in this action no later than November 16, 2018;

3    3.    Plaintiff and Defendant are meeting and conferring on the terms of a Confidential

4    Settlement Agreement to be signed by both parties which has not been finalized yet.

5    4.    A Stipulation to Dismiss Entire Action with Prejudice and Proposed Order will be

6    filed with the Court after the settlement is finalized.

7    5.    The parties reasonably do not expect that the settlement will be finalized or that they

8    will be able to file a stipulation of dismissal with prejudice in this action on or before November 16,

9    2018.

10    6.    For this reason, the parties agree, stipulate, and jointly request that the deadline to

11    file dispositional documents in this action should be extended from November 16, 2018 to January

12    15, 2019; and

13    7.    This joint stipulation and request is made in good faith and not for the purposes of

14    delay or obstruction, and is based on good cause as set forth above.

15    IT IS SO STIPULATED.

16

17    Dated: November  16, 2018        DYKEMA GOSSETT LLP

18

19                                      By:  /s/Dommond E. Lonnie

20                                      _____
                                        Dommond E. Lonnie
21                                      Isabella C. Hsu
                                        Attorneys for Defendant,
22                                      GENERAL MOTORS LLC

23

24    Dated: November  16, 2018        GROTEFELD, HOFFMAN, SCHLEITER, GORDON,
                                        OCHOA & EVINGER, LLP

25

26                                      By:  /s/Janice Seller (as authorized on 11/16/18)

27                                      _____
                                        Janice M. Seller
28                                      Attorneys for Plaintiff,
                                        STATE FARM GENERAL INSURANCE
                                        COMPANY

2

**ORDER**

Pursuant to the parties' above-stipulation (Doc. 13), and good cause appearing, the Court HEREBY EXTENDS the deadline to file dispositional documents from November 16, 2018, to January 15, 2019.

IT IS SO ORDERED.

Dated: __**November 19, 2018**__        __/s/ *Sheila K. Oberto*__
                                         UNITED STATES MAGISTRATE JUDGE